AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-CV-17794-CPO-AMD**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **David Ortiz**
was recieved by me on  **12/02/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Shannon Lopez**, a person of suitable age and discretion who resides at **1305 Centennial Vlg, Camden, NJ 08105**, on **12/03/2025 at 4:21 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:  12/03/2025

*Server's signature*

**Mitchell Miller**
*Printed name and title*

**612 Woodhollow Dr
Marlton, NJ 08053**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; NOTICE OF MOTION; APPLICATION AND DECLARATION; CERTIFIED STATEMENT; ORDER FOR ADMISSION,  to Shannon Lopez who identified themselves as the subject's parent, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent.  Mother.**



Tracking #: **0197661149**

