[D.I. 2]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

JADA-LLOYD NOYAN,

        Plaintiff,

    v.

DAVID ORTIZ,

        Defendant.

Civil No. 25-17794 (CPO/AMD)

**ORDER**

This matter having been brought before the Court by way of motion [D.I. 2] of David S. Szalkiewicz, Esquire, of Veridian Legal P.C., counsel for Plaintiff, for an Order allowing Cali P. Madia, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and the Court noting that Defendant David Ortiz has not yet filed an answer to the complaint and that there is no record that Defendant has been served with a copy of the motion papers;

Therefore, for the reasons set forth herein, and for good cause shown:

IT IS on this 9th day of December 2025,

**ORDERED** that the motion [D.I. 2] for the admission of Cali P. Madia, Esquire, as *pro hac vice* counsel shall be, and is

hereby, **DISMISSED WITHOUT PREJUDICE**. Plaintiff may re-file the motion once Defendant has filed a response to the complaint. The motion should include a certificate of service indicating that Defendant was served with a copy of the motion papers pursuant to the Federal Rules of Civil Procedure.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Christine P. O'Hearn