David Ortiz

1305 Centennial Village

Camden, NJ 08105

Phone: 856-571-6088

Email: Davidortiznj@gmail.com

[Date] 12/17/25

RECEIVED

DEC 29 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Clerk of Court

U.S. District Court for the District of New Jersey

Mitchell H. Cohen U.S. Courthouse

1 John F. Gerry Plaza

4th & Mickle Blvd.

Camden, NJ 08103

Re: Filing of Answer – Case No. 1:25-cv-17794-CPO-AMD

Plaintiff: Jada-Lloyd Noyan

Defendant: David Ortiz

Dear Clerk of Court:

Enclosed please find my signed Answer to the Complaint in the above-referenced matter.

I respectfully request that this Answer be filed with the Court.

A copy of this Answer has also been mailed to Plaintiff's counsel at:

Veridian Legal

23 West 73rd St

Suite 102

New York, NY 10023

Thank you for your assistance.

Respectfully,

David Ortiz

## ANSWER TO COMPLAINT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Jada-Lloyd Noyan,
Plaintiff,

v.

David Ortiz,
Defendant.

Case No. 1:25-CV-17794-CPO-AMD

GENERAL DENIAL

Defendant David Ortiz, appearing pro se, denies each and every allegation in the Complaint not expressly admitted herein.

FIRST CAUSE OF ACTION – Alleged Violation of 15 U.S.C. § 6851

Defendant denies disclosing Plaintiff's videos online or to the general public.

Defendant admits sharing content in what he reasonably believed was a small, private, restricted-access Discord channel, not accessible to the public at large, but denies this constituted "distribution" within the meaning of the statute.

Defendant denies knowingly violating federal law.

Defendant denies causing damages and disputes the damages claimed.

SECOND CAUSE OF ACTION – Intentional Infliction of Emotional Distress

Defendant denies engaging in extreme or outrageous conduct.

Defendant denies intending to harm, demean, embarrass, or emotionally distress Plaintiff.

Defendant denies that his conduct meets the legal threshold for IIED.

Defendant denies causing severe emotional distress.

Defendant denies entitlement to punitive damages.

THIRD CAUSE OF ACTION – Alleged Violation of N.J.S.A. 2A:58D-1

Defendant denies knowingly disseminating intimate images in violation of New Jersey law.

Defendant denies the Discord channel constituted public distribution under the statute.

Defendant denies acting willfully, recklessly, or with malice.

Defendant denies the damages demanded.

FOURTH CAUSE OF ACTION – Invasion of Privacy

Defendant denies that sharing content in a restricted-access group constituted public disclosure.

Defendant denies malicious intent.

Defendant denies causing humiliation, reputational harm, or compensable damages.

Defendant denies liability under any privacy tort.

AFFIRMATIVE DEFENSES

1. Lack of intent.
2. Lack of public disclosure.
3. Lack of causation.
4. Damages are speculative or unsupported.
5. Conduct did not rise to the legal standard required for the alleged claims.

WHEREFORE, Defendant respectfully requests that the Court dismiss the Complaint with prejudice, that Plaintiff take nothing by way of this action, and that the Court grant such other and further relief as it deems just and proper.

Dated: __12/17/25__

*David Ortiz*

David Ortiz
1305 Centennial Village
Phone: 856-571-6088
Email: davidortiznj@gmail.com
Pro Se Defendant

CERTIFICATE OF SERVICE

I certify that on ___12/17/25___, I served a copy of this Answer via U.S. Mail to Plaintiff's counsel at the following address:

Veridian Legal

23 West 73rd St

Suite 102

New York, NY 10023

*David Ortiz*

David Ortiz



**PRIORITY MAIL®**

US POSTAGE PAID $11.90
Origin: 08105
12/17/25
3301220105-94

0 Lb 2.00 Oz
RDC 03

EXPECTED DELIVERY DAY: 12/20/25

C004

SHIP TO:
1 JOHN F GERRY PLZ
CAMDEN NJ 08102-1571

USPS TRACKING® #



9505 5131 6377 5351 5845 28

RECEIVED
DEC 29 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

FROM: David Ortiz
1305 Centennial village
Camden, NJ 08105

RECEIVED
DEC 29 2025
AT 8:30 _____ M
CLERK, U.S. DISTRICT COURT - DNJ

TO: Clerk of Court
U.S. District court for the
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
4th & Mickle Blvd. Camden, NJ
08103




**PRIORITY MAIL**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.