**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

JADA–LLOYD NOYAN

                Plaintiff,

v.                              Case No.: 1:25–cv–17794–CPO–AMD

                              Judge Christine P. O'Hearn

DAVID ORTIZ

                Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 15th day of April, 2026,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Christine P. O'Hearn

_____

CHRISTINE P. O'HEARN United States District Judge